IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY JERMAINE DUNLAP, #214878, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:11-cv-716-WHA ) |
| SANDRA GILES, WARDEN II, et al., | ) (WO) ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #12), entered on November 18, 2011, the Recommendation is ADOPTED, and it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i-ii). Final Judgment will be entered accordingly.

DONE this 15th day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE