IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY JERMAINE DUNLAP, #214878, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:11-cv-716-WHA |
| ) | |
| SANDRA GILES, WARDEN II, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice prior to service of process.

DONE this 15th day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE